**NORTH STAR ALASKA HOUSING CORPORATION, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2007–5122.

United States Court of Appeals, Federal Circuit.

May 31, 2007.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Wayne M. PARKER, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2007–5092.

United States Court of Appeals, Federal Circuit.

May 31, 2007.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).